# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08mj8682 |
| ) | |
| vs ) | ABSTRACT OF ORDER |
| ) | |
| ) | Booking No. 09204298 |
| ) | |
| Martina Dolores Murillo ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8-13-08__ the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ✓ Defendant released on $ __15,000 p/s__ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for ____ years.
- ___ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
  ____ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case Dismissed.
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other. _____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.  Clerk
by
_F. Flores_ Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY