

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>MARTINA DOLORES MURILLO,<br><br>             Defendant. | Criminal Case No. 08CR2754-DMS<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i) and (v)(II)<br>- Bringing in Illegal Aliens and<br>Aiding and Abetting |

The United States Attorney charges:

On or about July 31, 2008, within the Southern District of California, defendant MARTINA DOLORES MURILLO, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Guadalupe Galindo-Gonzalez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: August 14, 2008.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney

FAS:mg:Imperial
8/13/08