**FEDERAL DEFENDERS OF SAN DIEGO, INC.**

The Federal Community Defender Organization for the Southern District of California



August 19, 2008

Re: *USA v. Martina Murillo* 08MJ8682
  08CR2754

Dear Judge Lewis,

We, the sureties on the bond of Mrs. Martina Dolores Murillo, agree to the court's modification of her bond conditions allowing her to travel to the country of Mexico with the purpose to seek medical attention and visit her family at the discretion of U.S. Pretrial Services.

We, understand that this changes the terms of the agreement that we signed and agree to continue to act a sureties on the bond with the changed conditions.

_____
Richard Murillo

_____
Anna Murillo

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5008
(619) 234-8467
FAX (619) 687-2666